

## NUMBER 13-14-00689-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**FRANKIE WAYNE NEALY,** **Appellant,**

**v.**

**ROBIN MICHELLE NEALY,** **Appellee.**

### On appeal from the 36th District Court of San Patricio County, Texas.

## ORDER OF ABATEMENT

### Before Justices Garza, Benavides, and Perkes
### Order Per Curiam

This cause is before the Court on appellant's motion to abate the appeal to correct an inaccuracy in the reporter's record. The reporter's record in this cause was filed on January 5, 2015. Appellant has advised this Court that the reporter's record contains two inaccuracies. The motion indicates that appellant has attempted to confer with

appellee for correction of the record, but there has been no agreement.

Texas Rule of Appellate Procedure 34.6(e)(1) provides that the parties may agree to correct an inaccuracy in the reporter's record without the court reporter's recertification. *See* TEX. R. APP. P. 34.6 (e)(1). Texas Rule of Appellate Procedure 34.6(e)(3) provides that if a dispute arises after the reporter's record has been filed in the appellate court, the Court may submit the dispute to the trial court for resolution. *See Id.* 34.6 (e)(3). Correction of an inaccuracy in the reporter's record, thus, must be resolved by agreement of the parties or by the trial court.

Accordingly, this appeal is ABATED and the cause REMANDED to the trial court. Upon remand, the judge of the trial court shall immediately cause notice to be given and conduct a hearing to determine (1) whether inaccuracies exist in the reporter's record, and if so, whether the parties can agree to correct any of them without the court reporter's recertification; and (2) to settle the dispute if inaccuracies exist in the reporter's record and the parties cannot agree on whether or how to correct any of them. *See Id.* 34.6(e). Otherwise, the trial court shall determine what steps are necessary to ensure the prompt preparation of a complete reporter's record and shall enter any orders required to avoid further delay and to preserve the parties' rights.

The trial court shall prepare and file its findings and orders and cause them to be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order. Should the trial court require more time to comply with the directions of this Court, it shall request an extension prior to the expiration of this deadline.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
8th day of April, 2015.